IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAMIAN EARLEY, an individual,

    Plaintiff,

v.

UNITED STATES OF AMERICA; PIONEER HUMAN SERVICES, a nonprofit social enterprise,

    Defendants.

No. 3:22-cv-00697-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation on October 3, 2022, in which she recommends that the Court grant Defendant Pioneer Human Services' motion to dismiss, deny Plaintiff's request for jurisdictional discovery, and dismiss Plaintiff's negligence claim against Pioneer without prejudice to refiling the claim in another jurisdiction. F&R, ECF 29. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [29]. Accordingly, Defendant Pioneer Human Services' Motion to Dismiss for Lack of Jurisdiction [13] is GRANTED. Plaintiff's claims against Pioneer Human Services are dismissed without prejudice.

IT IS SO ORDERED.

DATED:    December 8, 2022    .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER